UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANDREW WILLIAMS,

    Plaintiff,                                      CASE NO. 3:11-cv-01580-VLB

    v.

LAW OFFICE OF WILLIAM G. SOKOL

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, ANDREW WILLIAMS ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED: December 30, 2011             RESPECTFULLY SUBMITTED,

                                            By: /s/ Jonathan G. Cohen

                                            Jonathan G. Cohen, Esquire
                                            2 Congress St., Hartford, CT 06114
                                            Tel: 860 527 8900
                                            Fax: 860 527 8901
                                            CT Juris #: 410275
                                            jgcohen@yahoo.com
                                            Attorney for Plaintiff

                                            *Of Counsel*
                                            Krohn and Moss, LTD.

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to William G. Sokol, attorney for Defendant, at the below address:

William G. Sokol, Esq.
Law Offices of William G. Sokol
900 12th Street, Suite A-11
Hammonton, New Jersey 08037


By:     /s/ Jonathan G. Cohen

Jonathan G. Cohen, Esquire
2 Congress St., Hartford, CT 06114
Tel: 860 527 8900
Fax: 860 527 8901
CT Juris #: 410275
jgcohen@yahoo.com
Attorney for Plaintiff